UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-61919-CV-GOLD/MCALILEY

MENIQUE MERTILUS,
individually and on behalf of
others similarly situated,
  Plaintiff,
v.

CABLENET SERVICES UNLIMITED,
INC., a Delaware corporation, and CABLENET
SERVICES UNLIMITED (FLORIDA), LCC,
a Delaware limited liability company,
  Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

  The Parties, by and through their undersigned counsel, hereby advise the Court that they have settled the case. The parties anticipate finalizing the terms of their resolution and submitting the appropriate paperwork to the Court within the next ten (10) business days.

  Respectfully submitted this 28th day of June, 2010,

| | |
|---|---|
| /s/*Gregg I. Shavitz* | s/ *Thomas H. Loffredo* |
| Gregg I Shavitz (Fla. Bar No. 11398) | Thomas H. Loffredo, Esq. |
| Email: gshavitz@shavitzlaw.com | E-mail: tom.loffredo@gray-robinson.com |
| Hal B. Anderson (Fla. Bar No. 93051) | Gray Robinson, P.A. |
| Email: hal.anderson@shavitzlaw.com | 401 East Las Olas Boulevard, Suite 1850 |
| Camar R. Jones (Fla. Bar No. 720291) | Fort Lauderdale, FL 33131 |
| Email: cjones@shavitzlaw.com | Tel: 954-761-8111; Fax: 954-761-8112 |
| SHAVITZ LAW GROUP, P.A. | |
| 1515 S. Federal Hwy, Suite 404 | Scott A. Holt, Esq. |
| Boca Raton, Florida 33432 | E-mail: sholt@ycst.com |
| Telephone: (561) 447-8888 | Margaret M. Dibianca, Esq. |
| Facsimile: (561) 447-8831 | E-mail: mdibianca@ycst.com |
| ATTORNEYS FOR PLAINTIFFS | Young Conaway Stargatt & Taylor, LLP |
| | The Brandywine Building |
| | 1000 West Street, 17th Floor |
| | P.O. Box 391 |
| | Wilmington, DE  19899-0391 |
| | Tel: 302-571-6623;    Fax: 302-576-3299 |
| | |
| | ATTORNEYS FOR DEFENDANTS |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 28, 2010 the foregoing document was filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Thomas H. Loffredo

**SERVICE LIST**

Greg I. Sahavitz, Esq.
Fla. Bar No.:   11398
Camar R. Jones, Esq.
Fla. Bar No.:   720291
**SHAVITZ LAW GROUP, P.A.**
1515 S. Federal Highway
Suite 404
Boca Raton, FL 33432
Telephone:         (561) 447-8888
Facsimile:          (561) 447-8831
E-Mail:               gshavitz@shavitzlaw.com
E-Mail:               cjones@shavitzlaw.com
*Attorneys for Plaintiff, Menique Mertilus*

Thomas H. Loffredo
**GRAY ROBINSON, P.A.**
401 East Las Olas Boulevard, Suite 1850
Ft. Lauderdale, Florida 33131
Phone:         (954) 761-8111
Fax:             (954) 761-8112
E-Mail:         tom.loffredo@gray-robinson.com
Fla. Bar No.:   870323
*Attorneys for Defendants CableNet Services Unlimited Inc.,*
*CableNet Services Unlimited, (Florida), LLC*

Scott A. Holt, Esquire (Del. Bar I.D. 3399)
*Pro Hac Vice*
Margaret M. DiBianca (Del. Bar I.D. 4539)
*Pro Hac Vice*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
The Brandywine Building
1000 West  Street, 17th Floor
Wilmington, Delaware  19899-0391
Telephone:         (302) 571-6623
Facsimile:          (302) 576-3299
Email:                sholt@ycst.com
Email:                mdibianca@ycst.com
*Attorneys for Defendants CableNet Services Unlimited Inc.,*
*CableNet Services Unlimited, (Florida), LLC*