UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 09-61919-CIV-GOLD/McALILEY and
MEMBER CASE NO. 09-61983-CIV-GOLD

MENIQUE MERTILUS, individually and
on behalf of others similarly situated,

    Plaintiffs,
v.

CABLENET SERVICES UNLIMITED, INC.
a Delaware Corporation, and CABLENET
SERVICES UNLIMITED (FLORIDA), LLC,
a Delaware limited liability company,

    Defendants.
_____/

ORDER ADMINISTRATIVELY CLOSING CASE UPON
NOTICE OF SETTLEMENT; REQUIRING SUBMISSION **[DE 57]**

THIS CAUSE is before the Court upon the parties' Notice of Settlement **[DE 57]**. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby

ORDERED AND ADJUDGED:

1. This case is ADMINISTRATIVELY CLOSED.

2. Plaintiffs' counsel is also ORDERED to provide the Court with a submission by **Friday, July 16, 2010** indicating the net amount to be received by Plaintiffs after attorney's fees and costs so that the court can assess the reasonableness of the settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

3. All pending motions are DENIED AS MOOT and all upcoming hearings are CANCELED.

   4.  All pending motions in **Member Case No. 09-61983-CV-GOLD** are DENIED as MOOT.

  DONE AND ORDERED in Chambers, Miami, Florida on this 6th day of July, 2010.

                _/s/ Alan S. Gold_
                THE HONORABLE ALAN S. GOLD
                UNITED STATED DISTRICT JUDGE

cc: Magistrate Judge Chris M. McAliley
  All Counsel of Record